~~SEALED~~

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-135-m |
| | ) | |
| EDWARD BROSKY, | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

Unsealed on 8/1/08 (RJG)

~~SEALED~~

### MOTION TO SEAL

The United States respectfully moves to seal the entire file until further order of the Court. This action is part of an ongoing international and national investigation into a child pornography ring. Premature disclosure of the details of the investigation may lead some investigative targets to destroy evidence. The government will move to unseal the file promptly when no further law enforcement purpose is served thereby.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Edward J. McAndrew
Assistant United States Attorney

Dated: July 30, 2008

IT IS SO ORDERED this 30th day of July 2008, that the above-captioned file is sealed until further order of the Court.

_____
Honorable Leonard P. Stark
United States Magistrate Judge

1